IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY DUHON<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A"<br><br>versus<br><br>LIBERTY MUTUAL INSURANCE CORP.,<br>WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY, ARCH SPECIALTY<br>INSURANCE COMPANY, LEXINGTON<br>INSURANCE COMPANY,<br>SHAW ENVIRONMENTAL, INC., and<br>United States of America through the<br>Federal Emergency Management Agency<br><br>This case relates to MDL NO. 07-1873 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.   _____<br><br><br>Section:   _____<br><br>Magistrate:   _____ |

*******************************************************************

# Exhibit A

**Claims Originated in *Adams, et al. v. Alliance Homes, Inc., et al.*, 09-5333**
Rhonda Johnson as Next Friend as Toran Duhon
Ray Duhon
Rhonda Johnson as Next Friend of Richelle Gladstone
Earline Foy as Next Friend of Nathan Coleman

**Claims Originated in *Hill, et al., v. Alliance Homes, Inc., et al.*, 09-5329**
David Johnson Sr as Next Friend of Dajah Johnson

**Claims Originated – Pleading Unknown**
Sheila Easly
Joann Jones
Jabriel Jones
Macy Jones

39

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY DUHON together with all individuals and entities whose names appear on the attached "Exhibit A"<br><br>versus<br><br><br>LIBERTY MUTUAL INSURANCE CORP., WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, SHAW ENVIRONMENTAL, INC., and United States of America through the Federal Emergency Management Agency<br><br>This case relates to MDL NO. 07-1873 | * * * * * * * * * * * * * * * * * * * | Civil Action No.  _____<br><br><br>Section:  _____<br><br>Magistrate:  _____ |

*******************************************************************

## ORIGINATING COMPLAINTS

Pursuant to Pretrial Order 40, the complaints listed below are the complaints in which the Named Plaintiffs on Exhibit A first asserted their allegations against the defendants:

*Adams, et al. v. Alliance Homes, Inc., et al.,* 09-5333
*Hill, et al., v. Alliance Homes, Inc., et al.,* 09-5329